**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chad  A.  Funk                                         CHAPTER 13
       Noel Renee Funk

           Debtor(s)                              BKY. NO. 26-12721 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*
Maggie Soboleski
14 Jul 2026, 06:34:21, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322