**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Chad A Funk and | : | **Chapter 13** |
| Noel Renee Funk | : | |
| Debtors | : | **Bky. No.:  26-12721-pmm** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  July 22, 2026            By:    */s/ Joseph Quinn*_____
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      **ROSS, QUINN & PLOPPERT, P.C.**
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      T: 610.323.5300
                                      JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

*__On June 25, 2026__*
Scott F. Waterman, Esq.
ECFMail@ReadingCh13.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail        ☐Certified Mail        ☐e-mail:
         ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail        ☐Certified Mail        ☐e-mail:
         ☐Other:

1

***On July 22, 2026***
Affirm
225 Bush St Ste 1600
San Francisco, CA 94104
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Capital One Auto
PO Box 60511
City of Industry, CA 91716
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Capital One Auto Finance, a division of Capital On
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Dept of Education/Nelnet
PO Box 82561
Lincoln, NE 68501
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Ford Credit
PO Box 220564
Pittsburgh, PA 15257
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
       ☐Other:

Ford Motor Credit Company LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

Ford Motor Credit Company LLC c/o AIS Portfolio Se
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

JT Herres Dental Solutions
1013 W. Main Street
Suite 6
Mount Joy, PA 17552
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

PennyMac Loan Services, LLC
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

Pennymac Loan Services, LLC
PO Box 30597
Los Angeles, CA 90030
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
   ☐Other:

3

Syncb/Care Credit
PO Box 965064
Orlando, FL 32896-5064
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Syncb/PPMC
P.O. Box 71756
Philadelphia, PA 19176
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Upstart
2 Circle Star Way
San Carlos, CA 94070
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Wells Fargo
PO Box 393
Minneapolis, MN 55480
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Wells Fargo
PO Box 71092
Charlotte, NC 28272
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park MN 55426-1063
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park MN 55426-1063
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Wells Fargo Card Services
PO Box 6412
Carol Stream, IL 60197-6412
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

WellSpan Health
PO Box 410103
Boston, MA 02241
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

WFBNA Card
PO BOx 393
Minneapolis, MN 55480
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other: