**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Chad A Funk and** | : | **Chapter 13** |
| **Noel Renee Funk,** | : | |
| **Debtors** | : | **Bky. No.: 26-12721-pmm** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on August 14, 2026 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amedned Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 14, 2026

By: */s/ Joseph Quinn*___________
Joseph Quinn, Esquire
Attorney I.D. No. 307467
**ROSS, QUINN & PLOPPERT, P.C.**
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Maggie S. Soboleski, Esquire
PennyMac Loan Services, LLC
msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com
Attorney
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Affirm
650 California Street, 12th Floor
San Francisco, CA 94108
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Capital One Auto Finance,
a division of Capital One N.A. c/o
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Dept of Education/Nelnet
PO Box 82561
Lincoln, NE 68501 (15158272)
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Ford Motor Credit Company LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

JT Herres Dental Solutions
1013 W. Main Street, Suite 6
Mount Joy, PA 17552
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Syncb/Care Credit
PO Box 965064
Orlando, FL 32896-5064
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Syncb/PPMC
P.O. Box 71756
Philadelphia, PA 19176
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

U.S. Department of Education
c/o Nelnet
121 S 13th St
Lincoln, NE 68508
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Upstart Network, Inc
c/o Peritus Portfolio Services II, LLC
PO Box 1149
Grapevine, TX 76099
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106
Attorney
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park MN 55426-1063
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Wells Fargo Bank, N.A., c/o
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

WellSpan Health
PO Box 410103
Boston, MA 02241
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: