Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Chad A Funk
Noel Renee Funk
1198 Iron Bridge Rd
Columbia, PA 17512

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12721-PMM**

Petition Filed Date: 06/25/2026
341 Hearing Date: 08/04/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 01U | Unsecured Creditors | $11,084.79 | $0.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,923.00 | $0.00 | $4,923.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $604.20 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02u | Unsecured Creditors | $6.21 | $0.00 | $0.00 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $44,125.92 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE % AIS<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NA<br>»» 005 | Unsecured Creditors | $7,416.01 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $24,169.26 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $12,410.79 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $2,404.70 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $3,568.91 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $7,461.24 | $0.00 | $0.00 |
| 13 | UPSTART NETWORK INC<br>»» 011 | Unsecured Creditors | $8,464.05 | $0.00 | $0.00 |
| 14 | UPSTART NETWORK INC<br>»» 012 | Unsecured Creditors | $5,595.64 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $925.73 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12721-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Mortgage Arrears | $332.85 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,100.00 | Current Monthly Payment: | $1,100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,100.00 |
| Paid to Trustee: | $84.70 | Total Plan Base: | $66,315.00 |
| Funds on Hand: | $1,015.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.