UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Chad A Funk<br>Noel Renee Funk<br><br>Debtors | Chapter 13<br>Bankruptcy No.26-12721-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 5th day of October, 2026, by first class mail upon those listed below:

Chad A Funk
Noel Renee Funk
1198 Iron Bridge Rd
Columbia, PA 17512

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
JOSEPH L QUINN ESQUIRE
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA 19464

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee